

April 27, 2012

Evergreen International Airlines, Inc.
3850 Three Mile Road
McMinnville, Oregon 97128-9496
Attn: Sr. Vice President, Maintenance, Material & Engineering

SUBJECT:   NOTICE OF DEFAULT
AIRCRAFT ENGINE LEASE AGREEMENT - CONTRACT NO. 29400
ESN 517839

Dear Sir:

This is to notify you that Evergreen International Airlines, Inc. ("Lessee") is in default of the Aircraft Engine Lease Agreement - Contract No. 29400, dated as of May 3, 2011, as amended (the "Lease"), between AAR Parts Trading, Inc. ("Lessor") and Lessee, with respect to engine serial number 517839 (the "Engine").

In particular, Lessee has failed to pay Daily Rent (as defined in the Lease) when due, as detailed in the attached Statement of Account, resulting in the total past due amount of $348,331.00 (the "Past Due Amount").

Lessee's failure to pay such Daily Rent when due constitutes an Event of Default in accordance with Section 19.a.i. of the General Terms Engine Lease Agreement - Contract No. 25454, dated as of November 14, 2001, as amended (the "GTA"), the terms of which GTA are incorporated in the Lease.

Accordingly, in accordance with Section 19.a. of the GTA, Lessor hereby terminates the Lease, effective immediately; and Lessor demands that Lessee accomplish the following by 4:00 PM (Chicago time) on Friday, May 4, 2012 (the "Compliance Deadline"):
A.   Lessee shall cause the Engine to be returned to Lessor at Lessor's Wood Dale address, in accordance with the terms of the Lease; and
B.   Lessee shall pay into Lessor's account the full Past Due Amount.

If Lessee has not accomplished both of the above actions by the Compliance Deadline, Lessor will undertake appropriate legal action to safeguard Lessor's interests in the Lease and the Engine.

Page 2 of 2
Notice of Default
ESN 517839

Lessor hereby expressly reserves every right, power and remedy provided under the Lease or now or hereafter existing at law, in equity or by statute and each and every right, power and remedy, whether specifically provided under the Lease or otherwise existing, which may be exercised from time to time and as often and in such order as may be deemed expedient by the Lessor, and the exercise or the beginning of the exercise of any right, power or remedy shall not be construed as a waiver of the right to exercise at the same time or thereafter any other right, power or remedy.

Sincerely,

*/s/ James N. Vincent*

James N. Vincent
Vice President

cc:     AAR Parts Trading, Inc.
        David Tatum
        Nicole Cozzone
        John Landman
        Dave Lund
        Steve deJong
        Jana Nielsen
        Stephanie Mackey
        Fred Brostoff
        Karen Nudelman

**Balance in ATC Lease Accounts**
4/25/2012

Co. 205

**Customer Name**: Evergreen International Airlines
**Sales Rep**: Nicole Cozzone

| Customer # | Invoice # | Due Date | Invoice amount | Open Amnt | ESN | Description | Comments |
|---|---|---|---|---|---|---|---|
| 5803 | 20559894 | 8/5/2011 | 66,247.00 | 66,247.00 | 517839 | Monthly Rent for Period 8/5/2011 through 9/4/2011 | 31 days @ $2,137 per day |
| | 20561200 | 9/5/2011 | 64,110.00 | 64,110.00 | 517839 | Monthly Rent for Period 9/5/2011 through 10/4/2011 | 30 days @ $2,137 per day |
| | 20562162 | 10/5/2011 | 66,247.00 | 66,247.00 | 517839 | Monthly Rent for Period 10/5/2011 through 11/4/2011 | 31 days @ $2,137 per day |
| | 20563422 | 11/5/2011 | 64,110.00 | 64,110.00 | 517839 | Monthly Rent for Period 11/5/2011 through 12/4/2011 | 30 days @ $2,137 per day |
| | 20564608 | 12/5/2011 | 66,247.00 | 66,247.00 | 517839 | Monthly Rent for Period 12/5/2011 through 1/4/2012 | 31 days @ $2,137 per day |
| | 20565580 | 1/5/2012 | 66,247.00 | 66,247.00 | 517839 | Monthly Rent for Period 1/5/2012 through 2/4/2012 | 31 days @ $2,137 per day |
| | 20566658 | 2/5/2012 | 61,973.00 | 61,973.00 | 517839 | Monthly Rent for Period 2/5/2012 through 3/4/2012 | 29 days @ $2,137 per day |
| | 20567249 | 2/24/2012 | (44,877.00) | (44,877.00) | 517839 | Amendment changed for rent amount - now bill usage | |
| | 20567248 | 2/24/2012 | (61,973.00) | (61,973.00) | 517839 | Credit due to amendment - no longer bill rent | |

**Total Owed:** 348,331.00