UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AAR PARTS TRADING, INC.,

                Plaintiff,

                -against-

EVERGREEN INTERNATIONAL
AIRLINES, INC.,

                Defendant.

Case No. 12-CV-

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                                   )  ss.:
COUNTY OF NEW YORK)

      I, **Duane Peek**, being duly sworn, hereby deposes and says as follows:

      1.    I am not a party to this action, am over eighteen years of age, and reside in New York City, New York

      2.    On June 5th 2012, I served **a Summons, Complaint, Judges and Magistrates rules , and Civil Cover sheet** in the above captioned case upon:

      Ms. Paula Kash
      Evergreen International Airline
      C/O CT Corporation System
      111 Eight Avenue , 14th Floor
      New York, NY 10011

Ms. Kash is a white female between the ages of 45 and 50.  She stands approximately 5 feet tall with blonde hair and glasses.

Sworn to and subscribed before me on
this _____ day of June 2012

_____
Notary Public
NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2015

                                                _____
                                                Duane Peek